UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ABEL PENALOZA-LANDIN, <br><br> Defendant. | CASE NO. 2:13-CR-13-LRH-GWF <br><br> <u>WAIVER AND CONSENT ORDER</u> |

Defendant, <u>Abel Penaloza-Landin</u>, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant's Counsel

_____          _____
Counsel for Defendant                                                Assistant U.S. Attorney

DATED this 14th day of August, 2013.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 14 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY